**FILED**

AUG 14 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASSANDRA FELICITAS ARANDA,<br><br>Defendant | Case No.: 23-CR-2194-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Upon the motion of the Government, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the Indictment against Cassandra Felicitas Aranda in this case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 8/14/24

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT COURT JUDGE